**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 24-2025**

————————

TIMOTHY ROSIN,

Plaintiff - Appellant,

v.

KIMBERLY HILL, in personal capacity,

Defendant - Appellee.

————————

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Theodore D. Chuang, District Judge.  (8:21-cv-00983-TDC)

————————

Submitted:  August 28, 2025                    Decided:  September 2, 2025

————————

Before GREGORY, QUATTLEBAUM, and HEYTENS, Circuit Judges.

————————

Affirmed by unpublished per curiam opinion.

————————

**ON BRIEF:**  Bryan A. Chapman, LAW OFFICE OF BRYAN A. CHAPMAN, Mitchellville, Maryland, for Appellant.  Andrew G. Scott, Briah M. Gray, PESSIN KATZ LAW, P.A., Towson, Maryland, for Appellee.

————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy Rosin appeals the district court's order granting Defendant's motion for summary judgment in this 42 U.S.C. § 1983 action. We have reviewed the parties' briefs and the joint appendix, and we conclude that Rosin has waived appellate review of the district court's order by failing to sufficiently develop his appellate arguments in the opening brief. *Short v. Hartman*, 87 F.4th 593, 615 (4th Cir. 2023) ("A party waives an argument by failing to present it in its opening brief or by failing to develop its argument— even if its brief takes a passing shot at the issue." (citation modified)), *cert. denied*, 144 S. Ct. 2631 (2024). Even if Rosin had not waived review, we find no reversible error in the district court's decision to grant summary judgment on his procedural due process claim. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*